SECOND DISTRICT—DECEMBER TERM, 1879. 395

Speck v. Hickman.        C., B. & Q. R. R. Co. v. City of Aurora.

## WILLIAM N. SPECK
### v.
## THOMAS HICKMAN.

PRACTICE—DISMISSAL OF APPEAL.—The record not being filed in time, the appeal is dismissed.

APPEAL from the County Court of Henderson county; the Hon. W. C. RICE, Judge, presiding. Opinion filed February 3, 1880.

Messrs. RAUS, COOPER & JENINGS, for appellant.

Mr. J. SIMPSON, for appellee.

PER CURIAM. Judgment was rendered herein on the 19th day of April, A. D. 1879, and bond and bill of exceptions were filed on May 31. The record should have been filed in this court at the June term, and as it was not the appeal must be dismissed for the reasons stated in Hatch v. Wegg, decided at this term.

Appeal dismissed.